IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>*Appellant*,<br><br>v.<br><br>45COMMITTEE, INC.,<br><br>*Appellee*. | Case No. 23-7040 |

### APPELLANT CAMPAIGN LEGAL CENTER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant Campaign Legal Center respectfully requests that the Court extend the deadline for Campaign Legal Center's opening brief by two weeks, to July 31, 2023, with corresponding extensions to the remainder of the briefing schedule in this matter. Appellee 45Committee consents to this request.

Campaign Legal Center seeks an additional two weeks due to lead counsel's significant commitments in other time-sensitive proceedings and pre-existing international travel. Lead counsel has a week-long trial in another matter from June 12 through June 16, 2023, *see Turtle Mountain v. Howe*, 3:22-cv-00022 (D.N.D), and two of appellant's counsel will be out of the country for overlapping multi-week periods in July, leading up to the current briefing deadline. Moreover, lead counsel has a discovery deadline of July 15, 2023, and briefing on dispositive motions due

1

July 19, 2023, in a separate matter. *see Mi Familia Vota v. Fontes*, 2:22-cv-509 (D. Ariz).

In light of counsel's pre-existing commitments, Campaign Legal Center respectfully requests the Court extend the deadline to file its opening brief by two weeks, from July 17 to July 31, 2023, and correspondingly extend the deadline for Appellee 45Committee's Brief to August 30, 2023, and for Campaign Legal Center's reply brief to September 20, 2023.

Dated: June 12, 2023                    Respectfully submitted,

/s/ *Molly E. Danahy*
Adav Noti (DC Bar 490714)
Kevin P. Hancock (D.C. Bar 90000011)
Molly E. Danahy (DC Bar 1643411)
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegal.org
khancock@campaignlegal.org
mdanahy@campaignlegal.org

*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing certificate is being filed with the Clerk of the Court via the Court's CM/ECF system on June 12, 2023, thereby serving it on all counsel of record and persons who have appeared in this case.

/s/ *Molly E. Danahy*
Molly E. Danahy